Michael W. Halvorson, Bar #019807
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-7371
Fax:  (602) 200-7864
mhalvorson@jshfirm.com
minuteentries@jshfirm.com

Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Evangelina Burgess, A Single Woman, | NO. |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL** |
| V. | |
| Markham Transport Inc., A Foreign Corporation; Bryton Keith Hopkins and Jane Doe Hopkins, Husband and Wife; John and Jane Does 1-5; ABC Companies 1-5, | |
| Defendants. | |

Markham Transport Inc. and Bryton Keith Hopkins ("Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal of an Arizona State Court action against Defendants to the United States District Court for the District of Arizona and state as follows:

### **PROCEDURAL HISTORY**

On or about March 14, 2021, an action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa, under the case number CV CV2021004185. Copies of the Pleadings so far filed are attached as Exhibit A.

On March 19, 2021, Defendant Markham was served a copy of the pleadings that have been attached as Exhibit A. Then, on April 12, 2021 undersigned counsel accepted service

on behalf of Defendant Bryton Hopkins. A copy of the acceptance of service on behalf of Defendant Hopkins is attached as Exhibit B.

**TIMLINESS OF REMOVAL**

Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

This Notice of Removal is filed within 30 days after service was affected on Defendant Markham and is therefore timely. *See* 28 U.S.C. § 1446(b)(1).

A Notice of Filing Notice of Removal was filed with the Superior Court in and for Maricopa County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit C.

**BASIS OF REMOVAL**

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

Plaintiff claims personal injuries as a result of Defendants' alleged liability, and has stated that this case is Tier 3 under the Arizona Rule of Civil Procedure Rule 26.2(c)(3) indicating that they believe the case to be worth in excess of $300,000. Accordingly, Defendant believes Plaintiff's claim exceeds the sum of $75,000.

Defendant Markham is a Michigan Corporation with its principal place of business in Grosse Point, Michigan. Accordingly, Defendant Markham is a citizen of Michigan.

Defendant Bryton Hopkins is a resident of, and is domiciled in, Alabama. Accordingly, Defendant Bryton Hopkins is a citizen of Alabama.

Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed

9249136.1

based on diversity of citizenship. Defendants, who have both been served at this time, consent to the removal of this action.

6. By filing this Notice of Removal, Defendants do not waive, but rather expressly reserve, all rights, defenses, and objections of any nature that they may have to Plaintiff's claims.

WHEREFORE, Defendants respectfully request this action be removed to this Court.

DATED this 16th day of April 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Michael W. Halvorson
Michael W. Halvorson
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Mark P. Breyer, Esq.
James J. Capero, Esq.
Breyer Law Offices, P.C.
3840 E. Ray Road
Phoenix, AZ 85044
Attorneys for Plaintiff


s/Kadie G. Lewis

9249136.1