*EXHIBIT A*

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Fierro, Deputy
3/14/2021 12:02:21 PM
Filing ID 12651216

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorneys:**
Mark P. Breyer
Bar Number: 016862, issuing State: AZ
Law Firm: Breyer Law Offices
3840 E. Ray Road
Phoenix, AZ 85044
Telephone Number: (480)219-3995
Email address: minutes@breyerlaw.com

James J. Cupero - Primary Attorney
Bar Number: 035376, issuing State: AZ
Law Firm: Breyer Law Offices
Telephone Number: (480)219-3995

**Plaintiff:**
Evangelina Burgess

**Defendants:**
Markam Transport Inc.
325 Karcheval Ave.
Grosse Pointe Farms, MI 48236

Bryton Hopkins
1865 E. Broadway Rd., Apt. 503
Tempe, AZ 85282

Jane Doe Hopkins
1865 E. Broadway Rd., Apt. 503
Tempe, AZ 85282

Discovery Tier t3

Case Category: Tort Motor Vehicle
Case Subcategory: Non-Death/Personal Injury

CV2021-004185

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Fierro, Deputy
3/14/2021 12:02:21 PM
Filing ID 12651215

Mark P. Breyer (Bar No. 016862)
James J. Cupero (Bar No. 035376)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona  85044
(480) 219-3995
minutes@breyerlaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| EVANGELINA BURGESS, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>MARKAM TRANSPORT INC., a foreign corporation; BRYTON KEITH HOPKINS and JANE DOE HOPKINS, husband and wife; JOHN and JANE DOES 1-5; ABC COMPANIES 1-5,<br><br>Defendants. | No.  CV2021-004185<br><br>**COMPLAINT**<br><br>**(Tort - Motor Vehicle)** |

   The Plaintiff, Evangelina Burgess, by and through undersigned counsel, for her complaint against the Defendants named herein alleges as follows:

   1.   Evangelina Burgess was, at all times relevant to this action, a resident of Maricopa County, Arizona.  At the time of the incident described herein, the Plaintiff is single and continues to be single at this time.

   2.   Upon information and belief, Defendants Bryton K. Hopkins and Jane Doe Hopkins are residents of Maricopa County, Arizona.

1

3. The Defendant Markam Transport Inc. is a foreign corporation doing business in Wayne County, Michigan.

4. At all times relevant hereto, Defendant Bryton K. Hopkins was acting individually and on behalf of the marital community, if any, of Defendant Bryton K. Hopkins and Jane Doe Hopkins, whose true name is unknown to Evangelina Burgess.

5. John and Jane Does 1-5 and ABC Companies 1-5 are persons or entities whose conduct, true names and identities are unknown at this time. Evangelina Burgess requests leave to amend this pleading when that information is discovered.

6. The acts and omissions complained of herein occurred in Maricopa County, Arizona, within the jurisdiction of this Court.

7. Jurisdiction and venue are appropriate in this Court. The amount in controversy exceeds the minimal jurisdictional limits of this Court.

8. Defendant Bryton K. Hopkins was acting within the course and scope of his employment or under the direction and control of Defendant Markam Transport Inc. such that legal liability is imputed to Defendant Markam Transport Inc. under the doctrine of Respondeat Superior and agency principles for the acts of Defendant Bryton K. Hopkins.

9. Defendant Markam Transport Inc. was independently negligent in the hiring, training, retention, and/or supervision of Defendant Bryton K. Hopkins which was a proximate cause of incident.

10. On October 23, 2020, Defendant Bryton K. Hopkins was operating a 2017 tractor trailer eastbound on Wild Horse Pass Blvd. when he was inattentive and failed to yield for the red traffic light at the intersection with Maricopa Road.

11. As a result of the negligence, Defendant Bryton K. Hopkins struck Evangelina Burgess' vehicle as she traveling northbound entering the intersection on a green light, causing a severe collision and serious injuries to Plaintiff.

12. The Defendant, Bryton K. Hopkins, drove negligently and was the sole cause of the collision with Evangelina Burgess' vehicle.

13. As an actual, direct and proximate result of the Defendants' negligence, Evangelina Burgess suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.

14. As an actual, direct and proximate result of the Defendants' negligence, Evangelina Burgess suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for permanent scarring and disfigurement.

15. As an actual, direct and proximate result of the Defendants' negligence, Evangelina Burgess has incurred reasonable expenses of necessary medical care, treatment and services rendered and such expenses are reasonably probable to be incurred in the future.

16. As an actual, direct and proximate result of the Defendants' negligence, Evangelina Burgess has lost earnings to date and will experience a decrease in earning power or capacity reasonably probable to occur in the future as well as other special/economic damages, past and future.

17. As an actual, direct and proximate result of the Defendants' negligence, Evangelina Burgess has sustained and will sustain to a reasonable probability in the future, physical, emotional, personal property and other financial losses.

18. Although given notice to preserve evidence that is relevant in this action and reasonably likely to be requested during discovery of this case, Defendants failed to preserve the 2017 tractor trailer in its original post-incident condition.

19. Defendants' conduct displays a conscious disregard for a significant or substantial risk of serious injury or death.

3

1   20. Plaintiff claims that the damages in this matter meet the criteria for Tier 3
2 as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.
3   **WHEREFORE**, Evangelina Burgess prays for judgment against the Defendants
4 as follows:
5   A. For general compensatory damages in a just and reasonable
6 amount;
7   B. For the reasonable value of special damages incurred to date and
8 those that will be incurred in the future for reasonable and necessary medical care;
9   C. For the reasonable value of special damages incurred to date and
10 those that will be incurred in the future for lost earnings or wages and future lost
11 earnings or wages;
12   D. For out of pocket expenses incurred;
13   E. For punitive damages in an amount to be proven at trial;
14   F. For court costs incurred; and
15   G. For such other and further relief as the Court deems just and
16 proper.
17   Dated:  March 14, 2021.

**BREYER LAW OFFICES, P.C.**

*James J. Cupero*

---
Mark P. Breyer
James J. Cupero
3840 East Ray Road
Phoenix, Arizona  85044
Attorneys for Plaintiff

210231

4

Mark P. Breyer (Bar No. 016862)
James J. Cupero (Bar No. 035376)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
(480) 219-3995
minutes@breyerlaw.com

Attorneys for Plaintiff

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| EVANGELINA BURGESS, a single woman, | No. CV2021-004185 |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | Assigned to the Hon. John Hannah |
| MARKAM TRANSPORT INC., a foreign corporation; BRYTON KEITH HOPKINS and JANE DOE HOPKINS, husband and wife; JOHN and JANE DOES 1-5; ABC COMPANIES 1-5, | |
| Defendants. | |

Pursuant to Rule 38 of the Arizona Rules of Civil Procedure, Plaintiff hereby demands a trial by jury.

///

///

///

1

1    Dated: March 16, 2021

2                                             **BREYER LAW OFFICES, P.C.**

5                                             Mark P. Breyer
6                                             James J. Cupero
7                                             3840 East Ray Road
                                            Phoenix, Arizona 85044
8                                             Attorneys for Plaintiff

9  ORIGINAL of the foregoing e-filed this 16th day of March, 2021 with:

10 Clerk of the Court
11 Maricopa County Superior Court
   101 W. Jefferson
12 Phoenix, AZ 85003

13 COPY of the foregoing delivered via e-filing and courtesy copy mailed this 16th day of
14 March, 2021 to:

15 The Honorable John Hannah
16 Maricopa County Superior Court
   101 W. Jefferson
17 Courtroom 811
18 Phoenix, AZ 85003

19 COPY of the foregoing mailed this date to:

20

21 /s/Brittany Cavicchioni
   210231
22

23

24

25

26

2

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Fierro, Deputy
3/14/2021 12:02:21 PM
Filing ID 12651217

Person/Attorney Filing: Mark P. Breyer
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)219-3995
E-Mail Address: minutes@breyerlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Evangelina Burgess
Plaintiff(s),
v.
Markam Transport Inc., et al.
Defendant(s).

Case No. **CV2021-004185**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Mark P. Breyer /s/
     Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Fierro, Deputy
3/14/2021 12:02:21 PM
Filing ID 12651219

Person/Attorney Filing: Mark P. Breyer
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)219-3995
E-Mail Address: minutes@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Evangelina Burgess
Plaintiff(s),
v.
Markam Transport Inc., et al.
Defendant(s).

Case No. **CV2021-004185**

**SUMMONS**

To: Bryton Hopkins

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 14, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *JENELA FIERRO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Fierro, Deputy
3/14/2021 12:02:21 PM
Filing ID 12651220

Person/Attorney Filing: Mark P. Breyer
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)219-3995
E-Mail Address: minutes@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Evangelina Burgess
Plaintiff(s),
v.
Markam Transport Inc., et al.
Defendant(s).

Case No. **CV2021-004185**

**SUMMONS**

To: Jane Doe Hopkins

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 14, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *JENELA FIERRO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

*AZturboCourt.gov Form Set #5514162*

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Fierro, Deputy
3/14/2021 12:02:21 PM
Filing ID 12651218

Person/Attorney Filing: Mark P. Breyer
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)219-3995
E-Mail Address: minutes@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Evangelina Burgess
Plaintiff(s),
v.
Markam Transport Inc., et al.
Defendant(s).

Case No. **CV2021-004185**

**SUMMONS**

To: Markam Transport Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u> Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 14, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *JENELA FIERRO*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

| Attorney or Party without Attorney:<br>MARK P BREYER (#016862)<br>BREYER LAW OFFICES, P.C.<br>3840 EAST RAY ROAD<br>PHOENIX , AZ 85044<br>Telephone No: (480) 505-2160 | | | | **For Court Use Only** |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: BURGESS / 210231 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>MARICOPA COUNTY SUPERIOR COURT | | | | |
| Plaintiff: EVANGELINA BURGESS; ET AL.<br>Defendant: MARKHAM TRANSPORT INC.; ET AL. | | | | |
| CERTIFICATE OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2021-004185 |

1. I, Loren Warren , being retained by FIRST LEGAL am and was on the dates mentioned herein over the age of twenty one years and not a party to this action. I attempted to Personally Serve Defendant BRYTON KEITH HOPKINS as follows:

2. Documents
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET

| Attempt Detail |
|---|
| 1) Unsuccessful Attempt by: Loren Warren (MC-8470, Maricopa County) on: Mar 17, 2021, 3:34 pm MST at 1865 E Broadway Rd Apt # 503, Tempe, AZ 85282<br>Per leasing defendant moved out November 2020. No forwarding address. |

Service: $21.19, Mileage: $33.60, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $64.79

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

3. Person Executing:
   a. Loren Warren (MC-8470, Maricopa County)
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

03/24/2021

(Date)                                (Signature)

CERTIFICATE OF DUE DILIGENCE



5465575 (10432771)

| Attorney or Party without Attorney: <br> MARK P BREYER (#016862) <br> BREYER LAW OFFICES, P.C. <br> 3840 EAST RAY ROAD <br> PHOENIX, AZ 85044 <br> Telephone No: (480) 505-2160 <br><br> Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: BURGESS / 210231 | |
| Insert name of Court, and Judicial District and Branch Court: <br> MARICOPA COUNTY SUPERIOR COURT | |
| Plaintiff: EVANGELINA BURGESS; ET AL. <br> Defendant: MARKHAM TRANSPORT INC.; ET AL. | |

| CERTIFICATE OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: CV2021-004185 |
|---|---|---|---|---|

1. I, Michael Cryan, being retained by FIRST LEGAL am and was on the dates mentioned herein over the age of twenty one years and not a party to this action. I attempted to Personally Serve Defendant BRYTON KEITH HOPKINS as follows:

2. Documents
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET

**Attempt Detail**

1) Unsuccessful Attempt by: Michael Cryan (5491, Maricopa County) on: Mar 20, 2021, 11:54 am MST at 4218 N 101st Ave, Phoenix, AZ 85037
No response at the door. The house was quiet. No vehicles visible

2) Unsuccessful Attempt by: Michael Cryan (5491, Maricopa County) on: Mar 22, 2021, 6:22 pm MST at 4218 N 101st Ave, Phoenix, AZ 85037
The defendant is not known to the current occupant a 50 year old Caucasian male

Service: $21.19, Mileage: $40.80, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $71.99

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

3. Person Executing:
   a. Michael Cryan (5491, Maricopa County)
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

03/24/2021
(Date)               (Signature)

CERTIFICATE OF DUE DILIGENCE

5479524 (10433263)

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MARK P BREYER (#016862)<br>BREYER LAW OFFICES, P.C.<br>3840 EAST RAY ROAD<br>PHOENIX , AZ 85044<br>Telephone No: (480) 505-2160<br><br>Attorney For: Plaintiff | **For Court Use Only** |
| Ref. No. or File No.: BURGESS / 210231 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>MARICOPA COUNTY SUPERIOR COURT | |
| *Plaintiff:* EVANGELINA BURGESS; ET AL.<br>*Defendant:* MARKHAM TRANSPORT INC.; ET AL. | |

| CERTIFICATE OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2021-004185 |
|---|---|---|---|---|

1. I, Loren Warren , being retained by FIRST LEGAL am and was on the dates mentioned herein over the age of twenty one years and not a party to this action. I attempted to Personally Serve Defendant JANE DOE HOPKINS as follows:

2. Documents
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Loren Warren (MC-8470, Maricopa County) on: Mar 17, 2021, 3:34 pm MST at 1865 E Broadway Rd Apt # 503, Tempe, AZ 85282
Per leasing defendant moved out November 2020. No forwarding address.

Service: $30.00, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $40.00

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

3. *Person Executing*:
   a. Loren Warren (MC-8470, Maricopa County)
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

03/24/2021
(Date)                                (Signature)

CERTIFICATE OF DUE DILIGENCE

| Attorney or Party without Attorney:<br>MARK P BREYER (#016862)<br>BREYER LAW OFFICES, P.C.<br>3840 EAST RAY ROAD<br>PHOENIX, AZ 85044<br>Telephone No: (480) 505-2160 | | | | **For Court Use Only** |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: BURGESS / 210231 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>MARICOPA COUNTY SUPERIOR COURT | | | | |
| Plaintiff: EVANGELINA BURGESS; ET AL.<br>Defendant: MARKHAM TRANSPORT INC.; ET AL. | | | | |
| CERTIFICATE OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2021-004185 |

1. I, Michael Cryan, being retained by FIRST LEGAL am and was on the dates mentioned herein over the age of twenty one years and not a party to this action. I attempted to Personally Serve Defendant JANE DOE HOPKINS as follows:

2. Documents
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Michael Cryan (5491, Maricopa County) on: Mar 20, 2021, 11:54 am MST at 4218 N 101st Ave, Phoenix, AZ 85037
No response at the door. The house was quiet. No vehicles visible

2) Unsuccessful Attempt by: Michael Cryan (5491, Maricopa County) on: Mar 22, 2021, 6:22 pm MST at 4218 N 101st Ave, Phoenix, AZ 85037
The defendant is not known to the current occupant a 50 year old Caucasian male

Service: $30.00, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $40.00

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

3. Person Executing:
   a. Michael Cryan (5491, Maricopa County)
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

03/24/2021
(Date)                                    (Signature)

CERTIFICATE OF DUE DILIGENCE

FL FIRSTLEGAL

5479528 (10433264)

| Attorney or Party without Attorney:<br>MARK P BREYER (#016862)<br>BREYER LAW OFFICES, P.C.<br>3840 EAST RAY ROAD<br>PHOENIX, AZ 85044<br>Telephone No: (480) 505-2160 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: BURGESS / 210231 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>MARICOPA COUNTY SUPERIOR COURT | | | | |
| Plaintiff: EVANGELINA BURGESS; ET AL.<br>Defendant: MARKHAM TRANSPORT INC.; ET AL. | | | | |
| CERTIFICATE OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2021-004185 |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET

3. a. Party served:     MARKHAM TRANSPORT, INC.
   b. Person served:   Mark Donatiello, Agent

4. Address where the party was served:   325 Kercheval Ave, Grosse Pointe Farms, MI 48236

5. I served the party:
   a. by substituted service.   On: Fri, Mar 19 2021 at: 03:10 PM by leaving the copies with or in the presence of:
                                Mark Donatiello, Agent .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

Service: $169.00, Mileage: $0.00, Certificate: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $179.00

I Declare under penalty of perjury under the laws of the State of MICHIGAN that the foregoing is true and correct.

6. Person Executing:
   a. Tristan Seaver
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

3/25/21
(Date)

Tristn Seaver
(Signature)

CERTIFICATE OF SERVICE



5468319 (10432768)